No. D–319. IN RE DISBARMENT OF FEDER. It is ordered that Alan Jerome Feder, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–320. IN RE DISBARMENT OF RUBENSTEIN. It is ordered that J. Mortimer Rubenstein, of Cliffside Park, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–321. IN RE DISBARMENT OF FRIEDLAND. It is ordered that M. Daniel Friedland, of Hartford, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–322. IN RE DISBARMENT OF MINN. It is ordered that Howard W. Minn, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No D–323. IN RE DISBARMENT OF SHERMAN. It is ordered that Robert Stephen Sherman, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–430. ILLINOIS v. GATES ET UX. Sup. Ct. Ill. [Certiorari granted, 454 U. S. 1140.] Motion of the Solicitor General for leave to file reply brief as amicus curiae denied.